# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# CASE NO.: 7:01-CR-39-1-F

| | | |
|---|---|---|
| **United State of America** | ) | |
| | ) | |
| | ) | |
| | ) | **REASSIGNMENT ORDER** |
| **vs.** | ) | |
| | ) | |
| **Adonis Rozier** | ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned case is hereby reassigned to the Honorable Terrence W. Boyle, U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **7:01-CR–39-BO-1.**

SO ORDERED, this the 28th day of September, 2011.

                                         /s/ Dennis P. Iavarone
                                                  Clerk of Court